**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION |
| PRISON OVERCROWDING CASES | : | No. 11-3711 AND ALL |
| | : | MEMBER CASES |
| | : | |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF COURT:**

    Kindly enter the appearance of Stephen S. Pennington, Esquire and Jamie C. Ray-Leonetti as co-counsel on behalf of plaintiffs in this matter.

                                           */s/Gerald J. Williams*
                                           GERALD J. WILLIAMS, ESQUIRE
                                           Williams Cuker Berezofsky, LLC
                                           1515 Market Street, Suite 1300
                                           Philadelphia, PA 19102-1929
                                           Phone: 215.557.0099
                                           Fax:    215.557.0673
                                           Email: gwilliams@wcblegal.com

Dated:  February 16, 2012

## CERTIFICATE OF SERVICE

I, Gerald J. Williams, hereby certify that on this date, a true and correct copy of Notice of Appearance of Stephen S. Pennington, Esquire and Jamie C. Ray-Leonetti was electronically filed and is available for viewing and downloading from the Court's Electronic Court Filing system, and thereby was served upon the following counsel of record for Defendants in the above-captioned action:

> Stephen E. Siegrist, Esquire
> O'Connor Kimball LLP
> 15th Street & John F. Kennedy Blvd., Suite 1100
> Philadelphia, PA 19102
> Counsel for Defendant Prison Health Services
>
> Amanda Shoffel, Esquire
> Civil Rights Unit
> One Parkway
> 1515 Arch Street, 14th Floor
> Philadelphia, PA 19102-1595
> Counsel for Defendant City of Philadelphia
>
> Wendi D. Barish, Esquire
> Weber Gallagher Simpson
> Stapleton Fires & Newby, LLP
> 2000 Market Street, 13th Floor
> Philadelphia, PA 19103
> Counsel for Defendant MHM Services, Inc.

*/s/Gerald J. Williams*
Gerald J. Williams, Esquire
Counsel for Plaintiffs

Dated: February 16, 2012